Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| ANTHONY LEWIS <br> _Plaintiff(s)_ <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> SARGENT MARCI FERRY ET AL <br> _Defendant(s)_ <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> _(to be filled in by the Clerk's Office)_ <br><br> Jury Trial: (check one) [X] Yes [ ] No <br><br> FILED IN CLERKS OFFICE <br> 2021 JUL 19 PM 1:02 <br> U.S. DISTRICT COURT <br> DISTRICT OF MASS. |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | ANTHONY LEWIS #2102168 |
   | Street Address | 20 BRADSTON ST |
   | City and County | BOSTON, SUFFOLK |
   | State and Zip Code | MA 02118 |
   | Telephone Number | |
   | E-mail Address | ANTLIAIL.LEWIS1211@GMAIL.COM |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
Name: SARGENT MARCI FERRY
Job or Title (if known): SARGENT AT SCHOC
Street Address: 20 BRADSTON ST.
City and County: BOSTON, SUFFOLK
State and Zip Code: MA. 02118
Telephone Number:
E-mail Address (if known):

Defendant No. 2
Name: CINDY LOU LOPEZ
Job or Title (if known): HEAD NURSE @ SCHOC
Street Address: 20 BRADSTON ST.
City and County: BOSTON SUFFOLK
State and Zip Code: MA. 02118
Telephone Number:
E-mail Address (if known):

Defendant No. 3
Name: C/O FISH
Job or Title (if known): CORRECTIONAL OFFICER @ SCHOC
Street Address: 20 BRADSTON ST.
City and County: BOSTON SUFFOLK
State and Zip Code: MA. 02118
Telephone Number:
E-mail Address (if known):

Defendant No. 4
Name: C/O SUBJECTS
Job or Title (if known): CORRECTIONAL OFFICER @ SCHOC
Street Address: 20 BRADSTON ST.
City and County: BOSTON SUFFOLK
State and Zip Code: MA. 02118
Telephone Number:
E-mail Address (if known):

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question           [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

ASSULT & BATTERY, ASSULT & THREATS, 1ST, 4TH AMENDMENT RIGHTS & RETALIATION, Cruel & Unusual Pushiment on A Handicap, Violation of the ADA

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* ANTHONY LEWIS #2102168 , is a citizen of the
      State of *(name)* MASSACHUSETTS

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____ , is incorporated
      under the laws of the State of *(name)* _____
      and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* OFFICER MITCHELL , is a citizen of
      the State of *(name)* MASSACHUSETTS . Or is a citizen of
      *(foreign nation)* _____

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
- Name: ~~GENNY LOU LOPEZ~~
- Job or Title (if known): ~~[illegible]~~
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2 5.
- Name: OFFICER MITCHELL
- Job or Title (if known): HEAD OF CLASSIFICATIONS
- Street Address: 20 BRADSTON ST
- City and County: BOSTON   SUFFOLK
- State and Zip Code: MA. 02118
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

ATTACHMENT

THE DEFENADANT(S)

① IF THE DEFENDANT IS AN INDIVIDUAL
THE DEFENDANT: SARGENT MARCI FERRY, IS A CITIZEN OF THE STATE OF: MASSACHUSETTS

② IF THE DEFENDANT IS AN INDIVIDUAL

③ THE DEFENDANT: CINDY LOU LOPEZ, IS A CITIZEN OF THE STATE OF: MASSACHUSETTS

④ THE DEFENDANT: CORRECTIONAL OFFICER FISH, IS A CITIZEN OF THE STATE OF: MASSACHUSETTS

⑤ THE DEFENDANT: CORRECTIONAL OFFICER M. SUBJECTS, IS A CITIZEN OF THE STATE OF: MASSACHUSETTS

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

    b.    If the defendant is a corporation
The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    **The Amount in Controversy**

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

$150,000.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

MITCHELL HEAD OF CLASSIFICATION HAS ME IN FULL RESTRAINT W/ "THE MARTIN CHAIN" & HAS FULL KNOWLEDGE THAT I AM IN A WHEELCHAIR & ONLY HAVE THE USE OF MY LEFT SIDE, "I HAVE PARALYSIS ON THE RIGHT SIDE OF MY BODY!" THIS IS EXCESSIVE FORCE ON ME. IN ANY KIND OF RESTRAINTS I CAN FALL & HAVE A SEIZURE & MEDICAL KNOW THIS.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$150,000. I AM BEING RETALIATED AGAINST BY THE CAPT'S, LT'S, & SGTS. THATS BEEN WORKING HERE YEARS AGO SINCE I WAS IN A CLASS ACTION SUIT AGAINST SCHOC IN 2001 WITH DOCKET No. OOCV-10981-RWZ

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-5-2021

Signature of Plaintiff: *Anthony Lewis* PRO-SE
Printed Name of Plaintiff: Anthony Lewis

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

## STATEMENT OF CLAIM

① SRT. MARCI FERRY HAS BEEN HARASSING & LYING ON ME EVERSINCE SHE MET ME, WAS TO MUCH SHE COULD DO WHEN I WAS ALWAYS IN MY CELL. SHE FINIALLY GOTS TO WORK A DAY WHERE I HAVE TO BE RECED BY HER, LIED & SAID I LUNGED AT HER WHILE IN FULL RESTRAINS IN MY CONDITION THATS NOT POSSIBLE WITHOUT HITTING THE FLOOR.

② CINDY LOU LOPEZ DENIES ME MY RIGHT MEDICATIONS MOST OF THE TIME BECAUSE THIS NURSE IS SO BUSY TRYING TO DO SECURITIES JOB INSTEAD OF HER JOB TITLE AS A NURSE, ♦ HER & THE PROVIDERS ARE THE ONES THAT GIVES THE O.K. FOR THE PLAINTIFF TO BE PLACED IN FULL RESTRAINTS & MARTIN CHAIN?

③ THIS C/O FISH HAS THREATENED ME NUMBERS OF TIME EVEN TOLD ME THAT "OR YOU CAN COME BACK UP HERE (S.C.H.O.C.) YOU KNOW THE DAYS & TIMES I WORK!" HE'S FROM SOUTH BOSTON & I CAN "COME OUT THERE WHEN I GET OUT" & ALSO SAID AND THIS C/O DENIES ME THIS I SUPPOSE TO HAVE. "LIKE RECREATION!"

④ C/O SUBJECTS WENT AS FAR AS TO ASK ME WHERE I BE HANGING, LIKE I AM SOME KIND OF KID THAT BE GANGBANGING, ~~Reel Core~~ THIS CORRECTS OFFICER WENT AS FAR TO TELL ME HE WOULD "SHOOT ME ON THE STREETS" THIS IS THE PARTENER OF GARY HENREY CASE No. 1:21-CV-11003-DJC